NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| CSABA BOKROS, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D17-3448 |
| | ) | |
| FREDERICK TIMOTHY MAPP; | ) | |
| SYDNEY WILLIAM KING; and C1 | ) | |
| BANK (f/k/a COMMUNITY BANK OF | ) | |
| MANATEE), a Florida Banking | ) | |
| Institution, | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

Opinion filed November 9, 2018.

Appeal from the Circuit Court for Sarasota
County; Andrea McHugh, Judge.

Lawrence Klepetko of Law Office of
Lawrence Klepetko, Sarasota, for
Appellant.

Darren R. Inverso and Erik M. Hanson of
Norton, Hammersley, Lopez & Skokos,
P.A., Sarasota, for Appellee, Frederick
Timothy Mapp.

No appearance for Appellees Sydney
William King and C1 Bank.


PER CURIAM.


Affirmed.

LaROSE, C.J., and BLACK, and BADALAMENTI, JJ., Concur.